UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
CAMPBELL, BENJAMIN N.               §    Case No. 11-26854
CAMPBELL, SANDRA M.                 §
                                    §
                                    §
            Debtor(s)               §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter      of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/Elizabeth C. Berg, Trustee_____
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1 - BENJAMIN & SANDRA CAMPBELL**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-26854 MB | Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | CAMPBELL, BENJAMIN N. | | Date Filed (f) or Converted (c): | 06/28/11 (f) |
| | CAMPBELL, SANDRA M. | | 341(a) Meeting Date: | 07/27/11 |
| For Period Ending: | 06/21/12 | | Claims Bar Date: | 11/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence 99 Sutton Ave. Sugar Grove | 262,000.00 | 0.00 | | 0.00 | FA |
| 2. Old Second National Bank Aurora, IL 60506 Checking | 1,704.35 | 0.00 | | 0.00 | FA |
| 3. Misc. Household Goods and Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 700.00 | 0.00 | | 0.00 | FA |
| 5. 401(k) - Sandra SaraLee Corp. | 40,000.00 | 0.00 | | 0.00 | FA |
| 6. Primevest Financial Services Roth IRA Investment P | 7,821.40 | 0.00 | | 0.00 | FA |
| 7. Any Frame of Mind Custom Framing & Gifts 99 Sutton | 0.00 | 0.00 | | 0.00 | FA |
| 8. Procast A/V Freelance Audio/Video Engineer 99 Sutt | 0.00 | 0.00 | | 0.00 | FA |
| 9. Procact AV | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. Claim Against Midwest Media For Past Wages Due  Exemption denied per order 10/20/11; Trustee settled claim against Midwest Media per order 1/26/12 | 50,000.00 | 33,250.00 | | 33,250.00 | FA |
| 11. 2011 Hyundai Tucson Mileage - 3,500 | 24,000.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $393,225.75 | $33,250.00 | | $33,250.00 | $0.00 |

Case 11-26854 Doc 49 Filed 08/01/12 Entered 08/01/12 10:59:32 Desc Main
Document Page 4 of 15

FORM 1 - BENJAMIN & SANDRA CAMPBELL
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

Case No: 11-26854 MB Judge: MANUEL BARBOSA  Trustee Name: Elizabeth C. Berg, Trustee
Case Name: CAMPBELL, BENJAMIN N.  Date Filed (f) or Converted (c): 06/28/11 (f)
CAMPBELL, SANDRA M.  341(a) Meeting Date: 07/27/11
Claims Bar Date: 11/18/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

In August 2011, Trustee filed an objection to the Debtor's claimed exemption in a lawsuit seeking damages for past due
wages, breach of employment contract and retaliatory discharge; on October 20, 2011, Trustee prevailed and the Court
entered an order disallowing the Debtor's claimed exemption; Trustee retained special counsel to assist in the
prosecution of the lawsuit and the Estate's interest in the claims; Trustee worked to settle the lawsuit and has reached
a settlement with the parties; the Trustee's Motion to Settle was approved by the Court on January 26, 2012; Estate
realized $33,250 as a result of the settlement; Trustee reviewed and resolved claim issues, Trustee addressed Estate tax
obligations, and prepared her TFR

Initial Projected Date of Final Report (TFR): 09/30/11     Current Projected Date of Final Report (TFR): 09/30/12


/s/     Elizabeth C. Berg, Trustee
_____ Date: 06/21/12
ELIZABETH C. BERG, TRUSTEE

FORM 2                                                                                                                                  Page: 1
BENJAMIN & SANDRA CAMPBELL                                                                                                              Exhibit B
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-26854 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | CAMPBELL, BENJAMIN N. | | Bank Name: | Congressional Bank |
| | CAMPBELL, SANDRA M. | | Account Number / CD #: | *******2921 Checking Account |
| Taxpayer ID No: | *******6747 | | | |
| For Period Ending: | 06/21/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  02/07/12 | | Transfer from Acct #*******5627 | Bank Funds Transfer<br>A second bank account (x5627)was opened erroneously and funds are being transferred to original account [x2921) opened previously at institution , but not set up in TR database.  Error resulted during first month following transfer of all TR funds to new banking institution with no electronic synchronization.  This was first new account opened by TR at new institution.  Error due to fact that manual procedures for new institution had not been finalized.<br><br>Record of Events:<br>1/3/12 -- ECB receives request for EIN from defendant with whom Estate has settled claim for $33,250.  ECB obtains EIN 45-6666747 from IRS and delivers to defendant in order to receives settlment proceeds.  ECB also forwards EIN to Congressional Bank to open account in anticipation of receipt of settlement funds.<br><br>1/3/12 - Original Congressional account # 9010012921 is opened and assigned by Bank. Through oversight and because settlement funds were not yet received, no bank account is opened on TR database.<br><br>2/2/12 - Received settlement proceeds.  Logged same. | 9999-000 | 33,250.00 | | 33,250.00 |

Page Subtotals         33,250.00         0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                                                                                               Ver: 16.05c
LFORM24

**FORM 2**    **BENJAMIN & SANDRA CAMPBELL**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-26854 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | CAMPBELL, BENJAMIN N. | | Bank Name: | Congressional Bank |
| | CAMPBELL, SANDRA M. | | Account Number / CD #: | *******2921  Checking Account |
| Taxpayer ID No: | *******6747 | | | |
| For Period Ending: | 06/21/12 | | Blanket Bond (per case limit): | $   100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | TR assistant opens up second account (x5627) because original account (x2921) is not posted in database. TR assistant sends settlement proceeds to bank and they are deposited in second account on 2/3.<br><br>2/7/12 - TR directs Congressional to close out second account and transfer funds to original account. TR sets up original account on database for receipt of funds. | | | | |
| C  02/08/12 | 001001 | Kinnally Flaherty Krentz & Loran<br>2114 Deerpath Road<br>Aurora IL  60506 | Allowed Final Compensation<br>TR Special Counsel<br>Per Court Order Dated January 26, 2012 | 3210-000 | | 11,072.25 | 22,177.75 |
| C  02/08/12 | 001002 | Kinnally Flaherty Krentz & Loran<br>2114 Deerpath Road<br>Aurora IL  60506 | Allowed Expense Reimbursement<br>TR Special Counsel<br>Per Court Order Dated January 26, 2012 | 3220-000 | | 1,325.41 | 20,852.34 |
| C  05/25/12 | 001003 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL 62794-9053 | 2011 ILLINOIS STATE TAX PAYMENT | 2820-000 | | 222.00 | 20,630.34 |

Page Subtotals         0.00            12,619.66

FORM 2           BENJAMIN & SANDRA CAMPBELL
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-26854 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | CAMPBELL, BENJAMIN N. | | Bank Name: | Congressional Bank |
| | CAMPBELL, SANDRA M. | | Account Number / CD #: | *******2921  Checking Account |
| Taxpayer ID No: | *******6747 | | | |
| For Period Ending: | 06/21/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 33,250.00 | 12,619.66 | 20,630.34 |
| | | | Less:  Bank Transfers/CD's | | 33,250.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 12,619.66 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 12,619.66 | |

Page Subtotals          0.00          0.00

FORM 2 — BENJAMIN & SANDRA CAMPBELL
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-26854 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | CAMPBELL, BENJAMIN N. | Bank Name: | Congressional Bank |
|  | CAMPBELL, SANDRA M. | Account Number / CD #: | *******5627  Checking Account |
| Taxpayer ID No: | *******6747 |  |  |
| For Period Ending: | 06/21/12 | Blanket Bond (per case limit): | $ 100,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| C  02/03/12 | 10 | Midwest Media Group, Inc.<br>c/o Sudekum, Cassidy & Shulruff<br>20 N. Clark Street  #1400<br>Chicago  IL  60602 | Settlement Proceeds - Litigation | 1149-000 | 33,250.00 |  | 33,250.00 |
| C  02/07/12 |  | Transfer to Acct #*******2921 | Bank Funds Transfer<br>A second bank account (x5627)was opened erroneously and funds are being transferred to original account [x2921] opened previously at institution , but not set up in TR database.  Error resulted during first month following transfer of all TR funds to new banking institution with no electronic synchronization.  This was first new account opened by TR at new institution.  Error due to fact that manual procedures for new institution had not been finalized.<br><br>Record of Events:<br>1/3/12 -- ECB receives request for EIN from defendant with whom Estate has settled claim for $33,250.  ECB obtains EIN 45-6666747 from IRS and delivers to defendant in order to receives settlment proceeds.  ECB also forwards EIN to Congressional Bank to open account in anticipation of receipt of settlement funds.<br><br>1/3/12 - Original Congressional account # 9010012921 is opened and assigned by Bank. | 9999-000 |  | 33,250.00 | 0.00 |

Page Subtotals        33,250.00        33,250.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

| Case No: | 11-26854 -MB |
|---|---|
| Case Name: | CAMPBELL, BENJAMIN N. |
|  | CAMPBELL, SANDRA M. |
| Taxpayer ID No: | *******6747 |
| For Period Ending: | 06/21/12 |

| Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5627 Checking Account |
| Blanket Bond (per case limit): | $ 100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Through oversight and because settlement funds were not yet received, no bank account is opened on TR database.<br><br>2/2/12 - Received settlement proceeds. Logged same. TR assistant opens up second account (x5627) because original account (x2921) is not posted in database. TR assistant sends settlement proceeds to bank and they are deposited in second account on 2/3.<br><br>2/7/12 - TR directs Congressional to close out second account and transfer funds to original account. TR sets up original account on database for receipt of funds. | | | | |

|  | COLUMN TOTALS | 33,250.00 | 33,250.00 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 33,250.00 | |
|  | Subtotal | 33,250.00 | 0.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 33,250.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2921 | 0.00 | 12,619.66 | 20,630.34 |
| Checking Account - ********5627 | 33,250.00 | 0.00 | 0.00 |
| | 33,250.00 | 12,619.66 | 20,630.34 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM24

Ver: 16.05c

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6
Exhibit B

| Case No: | 11-26854 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | CAMPBELL, BENJAMIN N. | Bank Name: | Congressional Bank |
| | CAMPBELL, SANDRA M. | Account Number / CD #: | *******5627 Checking Account |
| Taxpayer ID No: | *******6747 | | |
| For Period Ending: | 06/21/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********2921 | | | | |
| | | | Checking Account - ********5627 | | | | |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 21, 2012 |
|---|---|---|---|---|---|---|

Case Number: 11-26854  
Debtor Name: CAMPBELL, BENJAMIN N.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $4,075.00 | $0.00 | $4,075.00 |
| 001<br>3110-00 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $9,524.00 | $0.00 | $9,524.00 |
| 001<br>3210-00 | Kinnally Flaherty Krentz & Loran<br>2114 Deerpath Road<br>Aurora IL 60506 | Administrative | | $11,072.25 | $11,072.25 | $0.00 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $920.00 | $0.00 | $920.00 |
| 001<br>3420-00 | Kinnally Flaherty Krentz & Loran<br>2114 Deerpath Road<br>Aurora IL 60506 | Administrative | | $1,325.41 | $1,325.41 | $0.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $5,141.63 | $0.00 | $5,141.63 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $21,974.82 | $0.00 | $21,974.82 |
| 000003<br>070<br>7100-00 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $8,838.11 | $0.00 | $8,838.11 |
| 000004<br>070<br>7100-00 | BMW Bank of North America<br>Po Box 23356<br>Pittsburgh, PA 15222 | Unsecured | | $14,527.95 | $0.00 | $14,527.95 |
| 000005<br>070<br>7100-00 | Nelnet<br>3015 South Parker Road Suite 400<br>Aurora CO 80014 | Unsecured | | $13,434.16 | $0.00 | $13,434.16 |
| 000006<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $853.32 | $0.00 | $853.32 |
| 000007<br>070<br>7100-00 | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $1,909.42 | $0.00 | $1,909.42 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 21, 2012 |
|---|---|---|---|---|---|---|
| Case Number: | 11-26854 | Claim Class Sequence | | | | |
| Debtor Name: | CAMPBELL, BENJAMIN N. | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $93,596.07 | $12,397.66 | $81,198.41 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-26854
Case Name: CAMPBELL, BENJAMIN N.
           CAMPBELL, SANDRA M.
Trustee Name: Elizabeth C. Berg, Trustee

    Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ | $ | $ |
| Accountant for Trustee Expenses: Kinnally Flaherty Krentz & Loran | $ | $ | $ |
| Other: Kinnally Flaherty Krentz & Loran | $ | $ | $ |
| Other: Popowcer Katten Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |
| 000003 | World Financial Network National Bank | $ | $ | $ |
| 000004 | BMW Bank of North America | $ | $ | $ |
| 000005 | Nelnet | $ | $ | $ |
| 000006 | GE Capital Retail Bank | $ | $ | $ |
| 000007 | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE