UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | Case No. 11-26854 |
| Benjamin N. Campbell and, ) | |
| Sandra M. Campbell, ) | Honorable Manuel Barbosa |
| ) | (Kane County) |
| Debtors. ) | Hearing Date: August 30, 2012 |
| ) | Hearing Time: 10:00 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to: Estate

Date of Appointment: June 28, 2011

Period for Which
Compensation is sought: June 30, 2011 to Close of Case

Amount of Fees sought: $4,075.00

Amount of Expense
Reimbursement sought: $0.00

This is an:   Interim Application __   Final Application __X__

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00 .

Dated: June 14, 2012

Elizabeth C. Berg, Trustee of the Estate of
Benjamin and Sandra Campbell, Debtors

By: __/s/Elizabeth C. Berg, Trustee__
Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Benjamin N. and Sandra M. Campbell, | ) | Case No. 11-26854 |
| | ) | Honorable Manuel Barbosa |
| Debtors. | ) | (Kane County) |
| | ) | Hearing Date: August 30, 2012 |
| | ) | Hearing Time: 10:00 A.M. |

**Application for Allowance and Payment of Final Compensation
of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Benjamin and Sandra Campbell ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $4,075.00 as final compensation for services rendered as trustee in this case from June 30, 2011 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. Debtors commenced this case on June 28, 2011 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. As of the commencement of this case, the Estate's primary asset was an interest in a claim for past due wages, contractual damages for non-performance and retaliatory discharge (the "Claim") which was the subject of a pre-petition lawsuit captioned <u>Benjamin Campbell v. Midwest Media Group, Inc.</u>, Case No. 09 L 814 (the "Lawsuit").

4. The bar date for filing claims in this case was November 18, 2011.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case.

**Services Rendered by Trustee**

7. Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A. Trustee reviewed and analyzed the Debtors' Schedules of Assets and Liabilities and conducted an examination of the Debtors pursuant to Section 341 of the Code;

B. Trustee investigated the value to the Claim and the likelihood of recovery in the Lawsuit; Trustee investigated the Debtors' asserted exemption in the Claim which was asserted in the amount of 85% of the scheduled value of claimed exemption; Trustee directed his attorneys to file an objection to the exemption; upon this Court's order, the Debtors' claimed exemption in the Claim was denied; thereafter, the Trustee employed special counsel to represent her in the Lawsuit; Trustee worked with special counsel to prosecute the Lawsuit; Trustee negotiated for a settlement of the Lawsuit; pursuant to the Court's order dated January 26, 2012, the Trustee was authorized to settle the Lawsuit and as a result, recovered gross proceeds of $33,250.00 on account of the Claim;

C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.  Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.  Trustee examined, analyzed and verified proofs of claim filed against the Estate; and

F.  Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8.  Trustee has collected the sum of $33,250.00 on behalf of the Estate. Trustee has made $12,397.66 in disbursements in this case as of the date hereof.

9.  Copies of the *Form 1 Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to hereto the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation Requested

10.  During the period covered by this Application, Trustee spent 16.50 hours rendering services on behalf of this Estate with a value of $4,484.00. Trustee estimates that she will spend an additional three hours rendering services with a value of $680.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

11.  The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above is $4,075.00 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $28,250.00 | $2,825.00 |
| Total allowable compensation | $4,075.00 |

After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a distribution to unsecured creditors equal to 3% of allowed, timely filed claims. There will not be a surplus of funds to be returned to the Debtors.

12. Based upon the caliber of the services rendered by Trustee, the results achieved in this case and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $4,075.00. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

14. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

**Status of the Case**

15. The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

16. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Benjamin and Sandra Campbell requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $4,075.00 for actual and necessary professional services rendered and to be rendered

on behalf of this Estate from June 30, 2011 through the closing of this case;

B. Authorizing the Trustee to pay the amount awarded from the funds on hand in the Estate as part of her final distribution; and

C. For such other and further relief as this Court deems appropriate.

Dated: June 14, 2012         Elizabeth C. Berg, as trustee of the estate of
                             Benjamin Campbell, debtors

                             By:_____/s/_____
                                      Elizabeth C. Berg

Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle St.   Suite 1500
Chicago, IL  60603
(312) 726-8150

5

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg & Wallace, Ltd.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

**Phone:** (312) 726-8150
**Fax:**   (312) 726-5067

**FEIN:** 36-4352753

**Invoice submitted to:**

June 20, 2012
Invoice No:   02069

Elizabeth C. Berg
Baldi Berg & Wallace
19 South LaSalle Street
Suite 1500
Chicago, ILLINOIS 60603

**In Reference to:**   *Campbell - Trustee Matters*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 7/06/2011 | ECB | Review Debtors' most recently filed tax returns and petition for prep of 341 meeting | 0.30<br>$300.00/ hr | $90.00 |
| 7/27/2011 | ECB | Conduct 341 meeting | 0.20<br>$300.00/ hr | $60.00 |
| 8/01/2011 | ECB | Investigate debtor's lawsuit for breach of contract and unpaid wages (.2) ; teleconference with Debtor's attorney Patrick Kinnally re same (.1) | 0.30<br>$300.00/ hr | $90.00 |
| 8/02/2011 | ECB | Teleconference with attorney Pat Kinnally re discharge lawsuit and potential retention as special counsel for estate (.3) Memo to file re case background (.3) Analyze exemption and claim potential (.5) | 1.10<br>$300.00/ hr | $330.00 |
| 8/25/2011 | ECB | Review and finalize Motion to Hire BBW as Counsel | 0.20<br>$300.00/ hr | $60.00 |
| 9/02/2011 | ECB | Teleconference with Mike Lenert of Kinnally law firm re Defendants' counter settlement offer and break down of damages claim | 0.20<br>$300.00/ hr | $60.00 |
| 9/07/2011 | ECB | Confer with JAB re settlement offer and impact on exemption objection proceeding | 0.40<br>$300.00/ hr | $120.00 |

**Baldi Berg & Wallace, Ltd.**                                                       6/20/2012

Campbell - Trustee Matters                                                    Page     2

---

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 9/08/2011 | ECB | Confer with JAB re research on wage exemptions | 0.30<br>$300.00/hr | $90.00 |
| 9/09/2011 | ECB | Review Illinois case law regarding allowability of exemption for wages in bankruptcy pursuant to IL Wage Deduction Act | 2.30<br>$300.00/hr | $690.00 |
| 11/15/2011 | ECB | Preliminary review of claims register prior to bar date | 0.10<br>$300.00/hr | $30.00 |
| 11/28/2011 | ECB | Review claims register and all proofs of claim (.8) Update Trustee database re same (.3) | 1.10<br>$300.00/hr | $330.00 |
| 11/28/2011 | ECB | Review state law suit pleadings and notes for upcoming pre-trial (1.2) Prepare potential distribution reports for possible settlement discussions (.8) | 2.00<br>$300.00/hr | $600.00 |
| 11/28/2011 | ECB | Teleconference with special counsel M. Lenert re pre-trial conference, strength of existing claims and status of hostile work environment claim | 0.40<br>$300.00/hr | $120.00 |
| 11/30/2011 | ECB | Multiple teleconferences with special counsel Mike Lenert from pre-trial conference regarding potential settlement (.5) Memo to RKP re terms of settlement and motion to approve same (.2) | 0.70<br>$300.00/hr | $210.00 |
| 12/02/2011 | ECB | Confer with Accountant re payroll tax withholding for settlement proceeds (.1) Email to special counsel re same (.1) | 0.20<br>$300.00/hr | $60.00 |
| 1/03/2012 | ECB | Execute Settlement Agreement; Transmittal corres to special counsel re same | 0.20<br>$300.00/hr | $60.00 |
| 1/03/2012 | JMM | Obtain EIN from IRS (.2), Open New Bank Account (.1), Print Deposits & Deposit Check into TCMS (.1), Send via FedEx (.1) | 0.50<br>$85.00/hr | $42.50 |
| 1/04/2012 | ECB | Final revisions to motion and notice to settle | 0.30<br>$300.00/hr | $90.00 |

**Baldi Berg & Wallace, Ltd.**                                                                 6/20/2012

Campbell - Trustee Matters                                                                Page    3

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 1/16/2012 | RKP | Review case status and update system with information as necessary in preparation of interim annual report for UST. | 0.40<br>$195.00/hr | $78.00 |
| 1/23/2012 | RKP | Review case file (.1) and advise Trustee as to tax reporting requirements (.1) | 0.20<br>$195.00/hr | $39.00 |
| 1/25/2012 | ECB | Meet with RKP to review and prep case summary for UST annual report | 0.20<br>$0.00/hr | $0.00 |
| 1/30/2012 | ECB | Obtain and forward signed order approving settlement to special counsel | 0.20<br>$300.00/hr | $60.00 |
| 1/31/2012 | ECB | Review and approve 2011 UST annual report (.2) Oversee e-filing and submission of data files to UST (.1) | 0.30<br>$300.00/hr | $90.00 |
| 2/02/2012 | ECB | Receive settlement proceeds; Email Midwest Media atty and special counsel to confirm same (.1) Arrange for deposit of funds in estate account (.1) | 0.20<br>$300.00/hr | $60.00 |
| 2/06/2012 | JMM | Drafted Letter to Congressional Bank re: New Bank Account & W-9 | 0.30<br>$85.00/hr | $25.50 |
| 2/24/2012 | ECB | Email with Estate's accountant re prep of 2011 return | 0.10<br>$300.00/hr | $30.00 |
| 3/06/2012 | ECB | Review settlement agreement and analyze tax treatment of same (.3) TC with estate's accountant re applicable tax withholdings (.2) Forward settlement agreement to accountant (.1) | 0.60<br>$300.00/hr | $180.00 |
| 3/07/2012 | ECB | Open and initial review of Feb 2012 bank statements; Confirm and post checks and deposits | 0.20<br>$300.00/hr | $60.00 |
| 3/07/2012 | JMM | Review February 2012 Bank Statements & Reconcile Accounts | 0.20<br>$85.00/hr | $17.00 |

**Baldi Berg & Wallace, Ltd.**                                                                 6/20/2012

Campbell - Trustee Matters                                                            Page    4

---

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 3/14/2012 | ECB | Confer with RKP re case closing and prep of final report | 0.10<br>$300.00/ hr | $30.00 |
| 3/14/2012 | RKP | Meet with E. Berg for first quarter review to discuss status of case and open issues. | 0.10<br>$195.00/ hr | $19.50 |
| 3/16/2012 | ECB | Review and approved reconciled Feb 2012 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 4/10/2012 | ECB | Initial review of March 2012 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 4/11/2012 | JMM | Process March 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$85.00/ hr | $17.00 |
| 4/12/2012 | RKP | Review case file and documents for information needed to close case (.2); email and phone conversation with Trustee re: same (.1). | 0.30<br>$195.00/ hr | $58.50 |
| 4/13/2012 | ECB | Review status of case closing: Confer with JJM re contacting accountant re return and final bill | 0.10<br>$300.00/ hr | $30.00 |
| 5/07/2012 | JMM | Review April 2012 Bank Statements & Reconcile Accounts | 0.20<br>$85.00/ hr | $17.00 |
| 5/15/2012 | ECB | Review and revise timesheets (.8) Prepare Form 1 and 2 for Accountant (.1) TC with Accountant re prep of final tax returns (.1) Review claims register to confirm no late claims (.2) | 1.20<br>$300.00/ hr | $360.00 |
| 5/25/2012 | ECB | Review and execute tax returns (.3) TC accountant to confirm return not required for joint debtor (.1) | 0.40<br>$300.00/ hr | $120.00 |

Total Hours    16.50    Total Fees    $4,484.00

$4,484.00

$0.00

**Baldi Berg & Wallace, Ltd.**

Campbell - Trustee Matters

6/20/2012

Page    5

$4,484.00

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 13.90 | $300.00 |
| Elizabeth C Berg | 0.20 | $0.00 |
| Jason M Manola | 1.40 | $85.00 |
| Ricki K Podorovsky | 1.00 | $195.00 |

**Rule 2016 Affidavit**

Exhibit B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Benjamin N. and Sandra M. Campbell, | ) | Case No. 11-26854 |
| | ) | |
| | ) | Honorable Manuel Barbosa |
| Debtors. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg & Wallace, Ltd. a law firm at which I have been employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
on June 19, 2012.

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

Exhibit B