UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Benjamin N. Campbell and, | ) | Case No. 11-26854 |
| Sandra M. Campbell, | ) | |
| | ) | Honorable Manuel Barbosa |
| Debtors. | ) | (Kane County) |
| | ) | Hearing Date: August 30, 2012 |
| | ) | Hearing Time: 10:00 A.M. |

### COVER SHEET FOR APPLICATION FOR
### PROFESSIONAL COMPENSATION

Name of Applicant:          Baldi Berg & Wallace Ltd.

Authorized to Provide
Professional Services as:   Attorneys to Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                 September 1, 2011

Period for Which
Compensation is sought:     August 3, 2011 to Close of Case

Amount of Fees sought:      $9,524.00

Amount of Expense
Reimbursement sought:       $0.00

This is an:    Interim Application __        Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-__ .

Dated:  June 14, 2012                    Baldi Berg & Wallace, Ltd.


                              By:  ___/s/Elizabeth C. Berg,_____
                                   Elizabeth C. Berg

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Benjamin N. and Sandra M. Cambpell, | ) | Case No. 11-26854 |
| | ) | |
| | ) | Honorable Manuel Barbosa |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: August 30, 2012 |
| | ) | Hearing Time: 10:00 A.M. |

**First Application for Allowance and Payment of Final Compensation
of Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

Baldi Berg & Wallace, Ltd., ("BBW"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of

the estate ("Estate") of Benjamin and Sandra Campbell, debtors ("Debtors"), pursuant to section 330

of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and

payment to BBW of $9,524.00 as final compensation for 38.40 hours of legal services rendered to

the Trustee from  August 3, 2011 through the close of this case.  In support thereof, BBW

respectfully states as follows:

**Introduction**

1.      Debtors commenced this case on June 28, 2011 by filing a voluntary petition for relief

under chapter 7 of the Code.

2.      Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this

case.

3.      As of the commencement of this case, the Estate's primary asset was the Debtors'

interest in a claim for past due wages, contractual damages for non-performance and retaliatory

discharge (the "Claim").  The Claim was the subject of a pre-petition lawsuit captioned Benjamin

Campbell v. Midwest Media Group, Inc. (the "Lawsuit").

4.      The bar date for filing claims in this case was November 18, 2011.

**Retention of BBW**

5.      On September 1, 2011, the Court entered an ordered authorizing Trustee to employ

Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as her counsel in this case. A copy of the order authorizing Trustee to retain BBW is attached hereto as Exhibit A. BBW has served as counsel for Trustee at all times since its retention.

6.      The professional qualifications and experience of the BBW attorneys who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee in this case are:

> Elizabeth C. Berg – Partner
> Joseph A. Baldi -- Partner
> Julia D. Loper – Associate
> Ricki K. Podorovsky – Paralegal

### Prior Compensation Received

7.      This is the first and final application ("Application") for allowance and payment of compensation that BBW will file in this case.

### Services Rendered by BBW

8.      Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9.      The services rendered by BBW during the period covered by this Application have been summarized in four categories below:

Exemption Objection: BBW advised the Trustee as to the validity of the Debtors' asserted exemption in the Claim. The Debtors scheduled the value of the Claim at $50,000.00 and asserted an exemption in the Claim based upon the Illinois Wage Deduction Act ("IWDA") equal to

2

85% of the scheduled value of the Claim (i.e. $42,500.00). BBW advised the Trustee that an exemption based upon IWDA is not a valid exemption in bankruptcy and upon Trustee's request, BBW prepared and presented the Trustee's Objection to the claimed exemption and the Trustee's Reply brief in support of same. Upon this Court's order dated October 20, 2011, the Court granted the Trustee's Objection and the Debtors' claimed exemption was denied in full.

In connection with the foregoing, BBW spent 16.30 hours for which it requests allowance and payment of final compensation in the amount of $4,586.00.

General Administration: BBW represented the Trustee regarding general case administration matters including, preparing communication with the Internal Revenue Service on behalf of the Trustee and preparing this Application and the final fee application of the Trustee's Accountants.

In connection with the foregoing, BBW spent 5.00 hours for which it requests allowance and payment of final compensation in the amount of $810.00.

Retention of Professionals: BBW prepared and presented the Trustee's Motion to Employ Attorneys, Trustee's Motion to Special Counsel to represent the Trustee in the Lawsuit; and Trustee's Motion to Employ Accountants.

In connection with the foregoing, BBW spent 5.70 hours for which it requests allowance and payment of final compensation in the amount of $1,233.50.

State Court Litigation: On behalf of the Trustee, BBW analyzed the Claim and advised the Trustee as to the Estate's interest in the Lawsuit; BBW investigated the collectability of any amount awarded on account of the Claim; BBW advised the Trustee as to the potential settlement of the Claim; upon the Trustee's reaching a settlement of the Lawsuit, BBW prepared the settlement agreement and the Trustee's Motion to Compromise the Claim. As a direct and proximate result of these efforts, the Estate recovered gross proceeds of $33,250.00.

In connection with the foregoing, BBW spent 11.40 hours for which it requests

3

allowance and payment of final compensation in the amount of $2,894.50.

## Compensation Requested

10.     BBW has expended a total of 38.40 hours for the services described and categorized in paragraph nine above. The total value of and the amount of compensation requested herein for those services is $9,524.00.

11.     All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested. In those instances where two attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12.     The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

## Payment of Compensation

13.     BBW has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case.

14.     BBW has not previously received or been promised any payments for services rendered in this case.

15.     The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of

4

Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16.    The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

### Status of the Case

17.    The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

18.    Trustee has completed and filed her Final Report simultaneously herewith. The Final Fee Application for the Trustee and the Trustee's Accountants have also been filed concurrently with this Application.

### Financial Condition of the Case

19.    Trustee currently has approximately $20,800.00 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees and expenses allowed to Trustee in connection with her final fee application, 2) the legal fees allowed to Baldi Berg & Wallace, Ltd. in connection with this final fee application, 3) the fees allowed to Popowcer Katten, Ltd. in connection with its final fee application as accountants to the Trustee, and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

20.    Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a distribution to timely filed general unsecured creditors.

### Trustee's Approval

21.    BBW certifies that the Trustee has received, reviewed and approved this Application. WHEREFORE, Baldi Berg & Wallace, Ltd., attorneys for Elizabeth C. Berg, as trustee,

5

requests the entry of an order providing the following:

      A.     Allowing to Baldi Berg & Wallace, Ltd. final compensation in the amount of $9,524.00

for actual and necessary professional services rendered to the Trustee from August 3, 2011 through

the closing of this case;

      B.     Authorizing the Trustee to pay the amount awarded from the funds in the case as part

of her final distribution; and

      C.     For such other and further relief as this Court deems appropriate.

Dated:  June 14, 2012

Baldi Berg & Wallace, Ltd.

Attorneys for Elizabeth C. Berg, as trustee of the
estate of Benjamin and Sandra Campbell, debtors

By:_____/s/_____
          Elizabeth C. Berg

Elizabeth C. Berg/Atty ID 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle St.   Suite 1500
Chicago, IL  60603
312.726.8150

6

**Baldi Berg & Wallace
Final Fee Application**

**Benjamin and Sandra Cambpell, Debtors
Case No. 11-26854**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-26854 |
| Benjamin & Sandra Campbell | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Manuel Barbosa |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEYS

This matter coming to be heard on the Trustee's Motion to Employ Attorneys; due and proper notice having been given; and the Court being duly advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the bankruptcy estate of Benjamin & Sandra Campbell, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as her attorneys in this case with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter:

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated:  September 01, 2011

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle Street, Suite 1500
Chicago, IL  60603
(312) 726-8150

**Professional Qualifications**

**Exhibit B**

## Baldi Berg & Wallace, Ltd.

**Elizabeth C. Berg**

Elizabeth C. Berg is a partner of Baldi Berg & Wallace, a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg & Wallace, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois.   Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute.  She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools.  She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants.  Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois.  She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

## Baldi Berg & Wallace, Ltd.

### Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7. chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg and Wallace, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

### Jason M. Manola

Jason M. Manola is a legal assistant with the firm. Mr. Manola has worked with Baldi Berg & Wallace, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg & Wallace**
**Final Fee Application**

**Benjamin and Sandra Cambpell, Debtors**
**Case No. 11-26854**

**Billing Statements**

**Exhibit C**

**Baldi Berg & Wallace, Ltd.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

**Phone:** (312) 726-8150
**Fax:**   (312) 726-5067                                                   **FEIN:** 36-4352753

---

*Invoice submitted to:*                                    June 20, 2012
                                                           Invoice No:   02065

Elizabeth C. Berg
Baldi Berg & Wallace
19 South LaSalle Street
Suite 1500
Chicago, ILLINOIS 60603

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| *Campbell - General Administration* | | | | | | | |
| | 5.00 | $810.00 | $0.00 | $810.00 | $0.00 | $0.00 | $810.00 |
| *Campbell - Exemption Objection* | | | | | | | |
| | 16.30 | $4,586.00 | $0.00 | $4,586.00 | $0.00 | $0.00 | $4,586.00 |
| *Campbell - Retention of Professionals* | | | | | | | |
| | 5.70 | $1,233.50 | $0.00 | $1,233.50 | $0.00 | $0.00 | $1,233.50 |
| *Campbell - State Court Lawsuit* | | | | | | | |
| | 11.40 | $2,894.50 | $0.00 | $2,894.50 | $0.00 | $0.00 | $2,894.50 |

Balance Due                                                $9,524.00

**Baldi Berg & Wallace, Ltd**

6/20/2012

Campbell - General Administration

Page    2

**In Reference to:**   *Campbell - General Administration*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 2/06/2012 | JMM | Drafted Letter to IRS re: Cancel EIN Request from Feb. 2, 2012 | 0.50<br>$85.00/ hr | $42.50 |
| 2/20/2012 | RKP | Begin draft of BBW fee application (.5); edit time detail in preparation of final fee application (.5) | 1.00<br>$195.00/ hr | $195.00 |
| 5/25/2012 | JMM | Prepare correspondence to file 2011 state and federal tax returns for & Sent via certified mail (4 Letters) | 1.00<br>$85.00/ hr | $85.00 |
| 6/14/2012 | RKP | Draft BBW Fee Application (1.5); draft coversheet, proposed order and affidavit (.2); review and edit same (.3); draft Popowcer fee application (.8); draft proposed order, coverhseet and affidavit (.2). | 2.50<br>$195.00/ hr | $487.50 |

|  |  |
|--|--|
| Total Fees | $810.00 |
| Total New Charges | $810.00 |
| Previous Balance | $0.00 |
| Balance Due | $810.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Jason M Manola | 1.50 | $85.00 |
| Ricki K Podorovsky | 3.50 | $195.00 |

**Baldi Berg & Wallace, Ltd**

6/20/2012

Campbell - Exemption Objection

Page    3

**In Reference to:**    *Campbell - Exemption Objection*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 8/15/2011 | RKP | Review case file for information to prepare objection to exemption (.4); prepare service list (.2); begin draft of objection to exemption (1.0) | 1.60 $190.00/ hr | $304.00 |
| 8/16/2011 | RKP | Research re: Illinois Wage Deduction Act (.5); further draft objection to exemption (.8) | 1.30 $190.00/ hr | $247.00 |
| 8/17/2011 | RKP | Revise Trustee's Objection to Exemption per E. Berg | 1.00 $190.00/ hr | $190.00 |
| 8/25/2011 | ECB | Review Radzilowsky and Mayer opinions (.8) Revise draft of Trustee Objection to Exemption Claim (1.3) | 2.10 $300.00/ hr | $630.00 |
| 9/01/2011 | ECB | Attend court and present Trustee's Objection to Debtor's Exemption | 0.10 $300.00/ hr | $30.00 |
| 9/07/2011 | JAB | Research on wages and exemptions, review definition of wages, applicability of wage deduction exemption in bankruptcy. | 1.00 $425.00/ hr | $425.00 |
| 9/13/2011 | ECB | Complete review/analysis of case law on wage exemption claim in bankruptcy under IL Wage Deduction and Assignment Acts | 2.30 $300.00/ hr | $690.00 |
| 9/28/2011 | ECB | Review Debtors' response to Objection  (.5) and further review/analysis of Mayer opinion (.3) | 0.80 $300.00/ hr | $240.00 |
| 9/29/2011 | ECB | Draft Reply in Support of Trustee's Objection to Exemptions | 5.00 $300.00/ hr | $1.500.00 |

# Baldi Berg & Wallace, Ltd

6/20/2012

Campbell - Exemption Objection

Page    4

| 9/30/2011 | ECB | Re; Campbell -- Compile and file exhibits for cases cited in Trustee's reply brief (1.0) Teleconference with R. Larsen re hearing on same (.1) | 1.10 $300.00/ hr | $330.00 |
|-----------|-----|---|---|---|

|  | Total Fees | $4,586.00 |
|--|------------|-----------|
|  | Total New Charges | $4,586.00 |
|  | Previous Balance | $0.00 |
|  | Balance Due | $4,586.00 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|------|-------|------|
| Elizabeth C Berg | 11.40 | $300.00 |
| Joseph A Baldi | 1.00 | $425.00 |
| Ricki K Podorovsky | 3.90 | $190.00 |

**Baldi Berg & Wallace, Ltd**

Campbell - Retention of Professionals

**In Reference to:**   *Campbell - Retention of Professionals*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 8/03/2011 | ECB | Complete letter to special counsel re proposed retention (.3) Prepare conflicts check for same (.2) | 0.50 $300.00/ hr | $150.00 |
| 8/15/2011 | RKP | Draft motion to employ attorneys (.8); proposed order (.1); affidavit (.1); draft affidavit for special counsel (.2); proposed order employing special counsel (.1); draft motion to employ special counsel (1.2). | 2.50 $190.00/ hr | $475.00 |
| 8/16/2011 | RKP | Review/edit Trustee's Motion to Employ Attorneys (.3); review/edit Motion to Employ special counsel (.3) | 0.60 $190.00/ hr | $114.00 |
| 8/25/2011 | ECB | Review and revise motion to hire special counsel (.1) Correspondence to special counsel re execution of Rule 2014 affidavit (.1.) | 0.20 $300.00/ hr | $60.00 |
| 8/25/2011 | JDL | Prepare motions to employ attorneys and special counsel for filing. | 0.20 $200.00/ hr | $40.00 |
| 9/01/2011 | ECB | Attend court and present motions to hire attorneys and motion to hire special counsel | 0.20 $300.00/ hr | $60.00 |
| 9/02/2011 | ECB | Draft letter to special confirming retention as special counsel and necessity of trustee approval of settlement or other disposition of law suit | 0.20 $300.00/ hr | $60.00 |
| 2/28/2012 | RKP | Draft motion to employ accountant (.5); proposed order (.1): and affidavit in support (.1). | 0.70 $195.00/ hr | $136.50 |

**Baldi Berg & Wallace, Ltd**

6/20/2012

Campbell - Retention of Professionals

Page   6

| | | | | |
|---|---|---|---|---|
| 2/29/2012 | RKP | Edit motion to employ accountants in preparation of filing (.2); prepare for service (.1); efile motion (.1). | 0.40 $195.00/ hr | $78.00 |
| 3/08/2012 | ECB | Court appearance on Motion to Retain Estate's accountants | 0.20 $300.00/ hr | $60.00 |

| | |
|---|---|
| Total Fees | $1,233.50 |
| Total New Charges | $1,233.50 |
| Previous Balance | $0.00 |
| Balance Due | $1,233.50 |

### *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 1.30 | $300.00 |
| Julia D Loper | 0.20 | $200.00 |
| Ricki K Podorovsky | 3.10 | $190.00 |
| Ricki K Podorovsky | 1.10 | $195.00 |

# Baldi Berg & Wallace, Ltd

6/20/2012

Campbell - State Court Lawsuit

Page    7

**In Reference to:**     *Campbell - State Court Lawsuit*                  .

## Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 8/03/2011 | JDL | Review Kane county clerk website for access to docket/documents for Debtor's wrongful discharge and back pay lawsuit. | 1.10<br>$200.00/ hr | $220.00 |
| 9/07/2011 | ECB | Review state court complaint (.3) Review response to summary judgment motion (.7) Review various settlement correspondence to date (.3) | 1.30<br>$300.00/ hr | $390.00 |
| 9/13/2011 | ECB | Review notes re special counsel teleconference and prepare file memo re case background for state court suit for back wages and retaliatory discharge (.5) Search corporate status of defendant (.1) Investigate financial status of defendant employer in connection with possible settlement  discussions and review records searches re same (.9) | 1.50<br>$300.00/ hr | $450.00 |
| 10/24/2011 | ECB | Review correspondence from special counsel regarding Defendant's request for pre-trial settlement conference (.1) Email to special counsel re same (.1) | 0.20<br>$300.00/ hr | $60.00 |
| 12/02/2011 | ECB | Prepare draft of settlement agreement (.7) Email to special counsel re same (.2) | 0.90<br>$300.00/ hr | $270.00 |
| 12/04/2011 | RKP | Review correspondence from L. Berg re: settlement terms (.10); draft motion to compromise claim (1.50); draft notice to creditors (.50). | 2.10<br>$190.00/ hr | $399.00 |
| 12/05/2011 | ECB | Review and revise motion and notice to approve settlement | 0.30<br>$300.00/ hr | $90.00 |

# Baldi Berg & Wallace, Ltd

6/20/2012

Campbell - State Court Lawsuit

Page    8

| Date | TK | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/05/2011 | RKP | Amend motion to settle to include provision to pay special counsel (.50); amend notice of hearing (.30); review and edit same (.30); prepare 2002 service list (.10). | 1.20 $190.00/ hr | $228.00 |
| 12/12/2011 | ECB | Review proposed Settlement Agreement (.4) Prepare required modifications for same to include Trustee as party and for exculpation of Estate (.6) Email to special counsel re proposed modifications of settlement agreement (.2) | 1.20 $300.00/ hr | $360.00 |
| 12/20/2011 | ECB | Review revised settlement agreement prior to delivery to opposing counsel. Make minor corrections and approve same (.3) Email to special counsel re same (.1) | 0.40 $300.00/ hr | $120.00 |
| 12/30/2011 | ECB | Review changes to settlement agreement proposed by defendant Employer (.2)  Email M. Lenert to approve same (.1) | 0.30 $300.00/ hr | $90.00 |
| 12/30/2011 | ECB | Review Settlement Agreement received from special counsel | 0.20 $300.00/ hr | $60.00 |
| 1/04/2012 | RKP | Edit motion to settle per E. Berg | 0.50 $195.00/ hr | $97.50 |
| 1/26/2012 | ECB | Court appearance on Trustee's Motion to Approve Settlement of Employment termination claim with Midwes Media | 0.20 $300.00/ hr | $60.00 |

|  |  |
|---|---|
| Total Fees | $2,894.50 |
| Total New Charges | $2,894.50 |
| Previous Balance | $0.00 |
| Balance Due | $2,894.50 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|

**Baldi Berg & Wallace, Ltd**                                               6/20/2012

                                                                          Page      9

Campbell - State Court Lawsuit

| | | |
|---|---|---|
| Elizabeth C Berg | 6.50 | $300.00 |
| Julia D Loper | 1.10 | $200.00 |
| Ricki K Podorovsky | 3.30 | $190.00 |
| Ricki K Podorovsky | 0.50 | $195.00 |

**Baldi Berg & Wallace**
**Final Fee Application**

**Benjamin and Sandra Cambpell, Debtors**
**Case No. 11-26854**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Benjamin N. Campbell and | ) | Case No. 11-26854 |
| Sandra M. Campbell, | ) | |
| | ) | Honorable Manuel Barbosa |
| Debtors. | ) | (Kane County) |

**Rule 2016 Affidavit**

| | |
|---|---|
| State of Illinois | ) |
| County of Cook | ) |

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.      I am a shareholder of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

2.      I have read the Application for Allowance and Payment of Final Compensation of Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg & Wallace, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.      Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd.

5.      Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
this  _19_ day of June, 2012

_____
Notary Public

```
OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015
```

**Exhibit D**