# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAMPBELL, BENJAMIN N. | § | Case No. 11-26854 |
| CAMPBELL, SANDRA M. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Kenneth S. Gardner
> Clerk of the U.S. Bankruptcy Court
> 219 S. Dearborn, 7th Floor
> Chicago, Illinois 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held on:

> August 30, 2012 at 10:00 a.m.
> in Courtroom 250 of the Kane County Courthouse
> 100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner_____
                                          Clerk of the US Bankruptcy Court


*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAMPBELL, BENJAMIN N. | § | Case No. 11-26854 |
| CAMPBELL, SANDRA M. | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 33,250.00 |
| and approved disbursements of | $ | 12,619.66 |
| leaving a balance on hand of[1] | $ | 20,630.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 4,075.00 | $ 0.00 | $ 4,075.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ 9,524.00 | $ 0.00 | $ 9,524.00 |
| Accountant for Trustee Expenses: Kinnally Flaherty Krentz & Loran | $ 1,325.41 | $ 1,325.41 | $ 0.00 |
| Other: Kinnally Flaherty Krentz & Loran | $ 11,072.25 | $ 11,072.25 | $ 0.00 |
| Other: Popowcer Katten Ltd. | $ 920.00 | $ 0.00 | $ 920.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 14,519.00 |
| Remaining Balance | $ | 6,111.34 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,679.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 5,141.63 | $ 0.00 | $ 471.24 |
| 000002 | Chase Bank USA, N.A. | $ 21,974.82 | $ 0.00 | $ 2,014.05 |
| 000003 | World Financial Network National Bank | $ 8,838.11 | $ 0.00 | $ 810.04 |
| 000004 | BMW Bank of North America | $ 14,527.95 | $ 0.00 | $ 1,331.52 |
| 000005 | Nelnet | $ 13,434.16 | $ 0.00 | $ 1,231.28 |
| 000006 | GE Capital Retail Bank | $ 853.32 | $ 0.00 | $ 78.21 |
| 000007 | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | $ 1,909.42 | $ 0.00 | $ 175.00 |

Total to be paid to timely general unsecured creditors     $ 6,111.34

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Elizabeth C. Berg
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 11-26854-MB
Benjamin N. Campbell                                            Chapter 7
Sandra M. Campbell
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: bchavez              Page 1 of 3              Date Rcvd: Aug 02, 2012
                              Form ID: pdf006            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2012.
db/jdb       +Benjamin N. Campbell,    Sandra M. Campbell,    99 Sutton Ave.,    Sugar Grove, IL 60554-2216
17788019     +BMW Bank of North America,    Po Box 23356,    Pittsburgh, PA 15222-6356
17477638     +BMW Card Services,    P.O. Box 9210,    Old Bethpage, NY 11804-9010
17477639    ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
             (address filed with court:   BMW Financial Services,     P.O. Box 3608,    Dublin, OH 43016-0306)
17511818     +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
17690778     +Bill Jacobs Naperville, LLC,    1564 W Ogden Ave,    Naperville, IL 60540-3957
17477637     +Bill Jacobs Naperville, LLC.,    Barnes & Thornburg, LLP,     Timothy S McFadden,
              One North Wacker Drive Suite 4400,     Chicago, IL 60606-2841
17765592      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17477640      Chase/United Mileage Plus,    Attn: Bankruptcy Dept.,    P.O. Box 15298,
              Wilmington, DE 19850-5298
17477641     +Citi Cards,    Box 6500,   Sioux Falls, SD 57117-6500
17477642      Citi Flex Line,    Attn: Bankrutpcy Dept.,    P.O. Box 6248,    Sioux Falls, SD 57117-6248
17477643     +Citi Mortgage,    Attn: Bankruptcy Dept.,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
17477644      Dept. of Ed. Student Loan Servicer,     P.O. Box 7063,   Utica, NY 13504-7063
18070546     +HSBC Bank Nevada, N.A. (Best Buy Co., Inc.),     Bass & Associates, P.C.,
              3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
17477648      HSBC Retail Services/HP Credit Card,     Attn: Retail Services,    P.O. Box 15521,
              Wilmington, DE 19850-5521
17477647      Home Depot Credit Services,    P.O. Box 653000,    Dallas, TX 75265-3000
17477646     +Home Depot Credit Services,    c/o Northland Group, Inc.,    P.O. Box 390905 - Mail Code CBK2,
              Minneapolis, MN 55439-0905
17477650      Loft Mastercard,    WFNNB, Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
17477652      Old Second,    1 Corporate Drive,    Suite 360,   Lake Zurich, IL 60047-8945
17477653      PNC Bank,    249 Fifth Avenue,    One PNC Plaza,   Pittsburgh, PA 15222
17690779     +Rush Copley Medical Center,    2000 Ogden Ave,    Aurora, IL 60504-5893
17477654   ++++SALLIEMAE,    11600 AMERICAN DREAM WAY,    RESTON VA  20190-4758
             (address filed with court:   SallieMae,    11600 Sallie Mae Drive,    Reston, VA 20190)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17514651     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 03 2012 02:45:54
              BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 201347,
              Arlington, TX 76006-1347
17706903      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 03 2012 02:38:12      Discover Bank,
              Discover Products Inc.,    PO Box 3025,   New Albany, OH 43054-3025
17477645     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 03 2012 02:38:12      Discover Financial Services,
              Attn Bankruptcy Dept,    PO Box 3025,   New Albany, OH 43054-3025
17972055      E-mail/PDF: rmscedi@recoverycorp.com Aug 03 2012 02:38:50      GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17477649      E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2012 02:18:18      JC Penney,
              Attn: Bankruptcy Dept.,    P.O. Box 981131,    El Paso, TX 79998-1131
17806837     +E-mail/Text: electronicbkydocs@nelnet.net Aug 03 2012 00:41:15     Nelnet,
              3015 South Parker Road Suite 400,    Aurora CO 80014-2904
17477651     +E-mail/Text: electronicbkydocs@nelnet.net Aug 03 2012 00:41:15     Nelnet,
              121 S. 13th Street, Suite 201,    Lincoln, NE 68508-1922
17786681      E-mail/Text: bnc-alliance@quantum3group.com Aug 03 2012 00:40:49
              World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
              Kirkland, WA  98083-0788
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17477636     ##Best Buy,   Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: bchavez              Page 2 of 3              Date Rcvd: Aug 02, 2012
                               Form ID: pdf006            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2012**                    **Signature:**    /s/ Joseph Speetjens

```
District/off: 0752-1          User: bchavez              Page 3 of 3                  Date Rcvd: Aug 02, 2012
                              Form ID: pdf006            Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2012 at the address(es) listed below:
          Elizabeth C Berg    bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth Berg ecberg@ameritech.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard G Larsen    on behalf of Debtor Benjamin Campbell rglarsen@mrmlaw.com
          Timothy S. McFadden    on behalf of Creditor  Bill Jacobs Naperville, LLC tmcfadden@btlaw.com
                                                                                                                          TOTAL: 5