# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
CAMPBELL, BENJAMIN N.                     §        Case No. 11-26854
CAMPBELL, SANDRA M.                       §
                                          §
              Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Elizabeth C. Berg, Trustee _____
                                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Mortgage Attn: Bankruptcy Dept. P.O. Box 9438 Gaithersburg, MD 20898 | | | | | |
| | Old Second 1 Corporate Drive Suite 360 Lake Zurich, IL 60047-8945 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank 249 Fifth Avenue One PNC Plaza Pittsburgh, PA 15222 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERG, ELIZABETH | | | | | |
| IDOR | | | | | |
| BALDI BERG & WALLACE | | | | | |
| KINNALLY | | | | | |
| KINNALLY | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMW Financial Services P.O. Box 3608 Dublin, OH 43016-0306 | | | | | |
| | Bill Jacobs Naperville, LLC. 1564 W. Ogden Ave. Naperville, IL 60540 | | | | | |
| | Citi Cards Box 6500 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Flex Line Attn: Bankrutpcy Dept. P.O. Box 6248 Sioux Falls, SD 57117-6248 | | | | | |
| | Dept. of Ed. Student Loan Servicer P.O. Box 7063 Utica, NY 13504-7063 | | | | | |
| | HSBC Retail Services/HP Credit Card Attn: Retail Services P.O. Box 15521 Wilmington, DE 19850-5521 | | | | | |
| | Home Depot Credit Services c/o Northland Group, Inc. P.O. Box 390905 - Mail Code CBK2 Minneapolis, MN 55439 | | | | | |
| | Rush Copley Medical Center | | | | | |
| | Rush Copley Medical Center | | | | | |
| | SallieMae 11600 Sallie Mae Drive Reston, VA 20190 | | | | | |
| 000004 | BMW BANK OF NORTH AMERICA | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK | | | | | |
| 000006 | GE CAPITAL RETAIL BANK | | | | | |
| 000007 | HSBC BANK NEVADA, N.A. (BEST BUY CO | | | | | |
| 000005 | NELNET | | | | | |
| 000003 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 11-26854 | MB | Judge: MANUEL BARBOSA | | | Trustee Name: | Elizabeth C. Berg, Trustee |

| Case Name: | CAMPBELL, BENJAMIN N. | Date Filed (f) or Converted (c): | 06/28/11 (f) |
| | CAMPBELL, SANDRA M. | 341(a) Meeting Date: | 07/27/11 |
| For Period Ending: 10/20/12 | | Claims Bar Date: | 11/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence 99 Sutton Ave. Sugar Grove | 262,000.00 | 0.00 | | 0.00 | FA |
| 2. Old Second National Bank Aurora, IL 60506 Checking | 1,704.35 | 0.00 | | 0.00 | FA |
| 3. Misc. Household Goods and Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 700.00 | 0.00 | | 0.00 | FA |
| 5. 401(k) - Sandra SaraLee Corp. | 40,000.00 | 0.00 | | 0.00 | FA |
| 6. Primevest Financial Services Roth IRA Investment P | 7,821.40 | 0.00 | | 0.00 | FA |
| 7. Any Frame of Mind Custom Framing & Gifts 99 Sutton | 0.00 | 0.00 | | 0.00 | FA |
| 8. Procast A/V Freelance Audio/Video Engineer 99 Sutt | 0.00 | 0.00 | | 0.00 | FA |
| 9. Procact AV | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. Claim Against Midwest Media For Past Wages Due | 50,000.00 | 33,250.00 | | 33,250.00 | FA |
| Exemption denied per order 10/20/11; Trustee settled claim against Midwest Media per order 1/26/12 | | | | | |
| 11. 2011 Hyundai Tucson Mileage - 3,500 | 24,000.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $393,225.75 | $33,250.00 | | $33,250.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee prevailed on her  objection to the Debtor's claimed exemption in a  lawsuit  against Debtor's former employer

fseeking damages for past due wages, breach of employment contract and retaliatory discharge; Trustee retained special

counsel to assist in the prosecution of the lawsuit and the Estate's interest in the claims; Trustee settled the lawsuit

and collected $33,250 on behalf of the Estate; Trustee reviewed claims, filed final tax returns for the Estate and made

a final distribution to creditors in August 2012.  Will file Trustee's Distribution Report and close case when all

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-26854     MB    Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | CAMPBELL, BENJAMIN N. | Date Filed (f) or Converted (c): | 06/28/11 (f) |
| | CAMPBELL, SANDRA M. | 341(a) Meeting Date: | 07/27/11 |
| | | Claims Bar Date: | 11/18/11 |

distribution checks clear.

Initial Projected Date of Final Report (TFR): 09/30/11        Current Projected Date of Final Report (TFR): 09/30/12

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:            11-26854 -MB
Case Name:       CAMPBELL, BENJAMIN N.
                        CAMPBELL, SANDRA M.
Taxpayer ID No:   *******6747
For Period Ending:  10/20/12

Trustee Name:                    Elizabeth C. Berg, Trustee
Bank Name:                       Congressional Bank
Account Number / CD #:      *******2921  Checking Account

Blanket Bond (per case limit):   $   100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | | Transfer from Acct #*******5627 | Bank Funds Transfer A second bank account (x5627)was opened erroneously and funds are being transferred to original account [x2921] opened previously at institution , but not set up in TR database.  Error resulted during first month following transfer of all TR funds to new banking institution with no electronic synchronization.  This was first new account opened by TR at new institution.  Error due to fact that manual procedures for new institution had not been finalized.  Record of Events: 1/3/12 -- ECB receives request for EIN from defendant with whom Estate has settled claim for $33,250.  ECB obtains EIN 45-6666747 from IRS and delivers to defendant in order to receives settlment proceeds.  ECB also forwards EIN to Congressional Bank to open account in anticipation of receipt of settlement funds.  1/3/12 - Original Congressional account # 9010012921 is opened and assigned by Bank. Through oversight and because settlement funds were not yet received, no bank account is opened on TR database.  2/2/12 - Received settlement proceeds.  Logged same.  TR assistant opens up second account (x5627) because original account (x2921) is not | 9999-000 | 33,250.00 | | 33,250.00 |

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-26854  -MB | | | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | CAMPBELL, BENJAMIN N. | | | | Bank Name: | Congressional Bank |
| | CAMPBELL, SANDRA M. | | | | Account Number / CD #: | *******2921  Checking Account |
| Taxpayer ID No: | *******6747 | | | | | |
| For Period Ending: | 10/20/12 | | | | Blanket Bond (per case limit): | $   100,000.00 |
| | | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) / Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | posted in database.  TR assistant sends settlement proceeds to bank and they are deposited in second account on 2/3. | | | | |
| | | | 2/7/12 - TR directs Congressional to close out second account and transfer funds to original account.  TR sets up original account on  database for receipt of funds. | | | | |
| 02/08/12 | 001001 | Kinnally Flaherty Krentz & Loran 2114 Deerpath Road Aurora  IL  60506 | Allowed Final Compensation TR Special Counsel Per Court Order Dated January 26, 2012 | 3210-000 | | 11,072.25 | 22,177.75 |
| 02/08/12 | 001002 | Kinnally Flaherty Krentz & Loran 2114 Deerpath Road Aurora  IL  60506 | Allowed Expense Reimbursement TR Special Counsel Per Court Order Dated January 26, 2012 | 3220-000 | | 1,325.41 | 20,852.34 |
| 05/25/12 | 001003 | ILLINOIS DEPARTMENT OF REVENUE P.O. BOX 19053 SPRINGFIELD, IL 62794-9053 | 2011 ILLINOIS STATE TAX PAYMENT | 2820-000 | | 222.00 | 20,630.34 |
| 08/31/12 | 001004 | Elizabeth C. Berg, Trustee c/o Baldi Berg & Wallace 19 S. LaSalle St. #1500 Chicago IL  60603 | Final Trustee Compensation | 2100-000 | | 4,075.00 | 16,555.34 |
| 08/31/12 | 001005 | Baldi Berg & Wallace, LLC 19 S. LaSalle St. #1500 Chicago  IL  60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 9,524.00 | 7,031.34 |
| 08/31/12 | 001006 | Popowcer Katten Ltd. 35 East Wacker Drive Sutie 1500 Chicago  IL  60601 | Accountant for Trustee Fees (Other | 3410-000 | | 920.00 | 6,111.34 |
| 08/31/12 | 001007 | Discover Bank Discover Products Inc. PO Box 3025 | Claim 000001, Payment 9.17% | 7100-000 | | 471.24 | 5,640.10 |

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-26854  -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | CAMPBELL, BENJAMIN N. | | Bank Name: | Congressional Bank |
| | CAMPBELL, SANDRA M. | | Account Number / CD #: | *******2921  Checking Account |
| Taxpayer ID No: | *******6747 | | | |
| For Period Ending: | 10/20/12 | | Blanket Bond (per case limit): | $   100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Albany, OH 43054-3025 | | | | | |
| 08/31/12 | 001008 | Chase Bank USA, N.A. | Claim 000002, Payment 9.17% | 7100-000 | | 2,014.05 | 3,626.05 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 08/31/12 | 001009 | World Financial Network National Bank | Claim 000003, Payment 9.17% | 7100-000 | | 810.04 | 2,816.01 |
| | | Quantum3 Group LLC | | | | | |
| | | PO Box 788 | | | | | |
| | | Kirkland, WA 98083-0788 | | | | | |
| 08/31/12 | 001010 | BMW Bank of North America | Claim 000004, Payment 9.17% | 7100-000 | | 1,331.52 | 1,484.49 |
| | | Po Box 23356 | | | | | |
| | | Pittsburgh, PA 15222 | | | | | |
| 08/31/12 | 001011 | Nelnet | Claim 000005, Payment 9.17% | 7100-000 | | 1,231.28 | 253.21 |
| | | 3015 South Parker Road Suite 400 | | | | | |
| | | Aurora CO 80014 | | | | | |
| 08/31/12 | 001012 | GE Capital Retail Bank | Claim 000006, Payment 9.17% | 7100-000 | | 78.21 | 175.00 |
| | | c/o Recovery Management Systems Corp | | | | | |
| | | 25 SE 2nd Ave Suite 1120 | | | | | |
| | | Miami FL 33131-1605 | | | | | |
| 08/31/12 | 001013 | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | Claim 000007, Payment 9.17% | 7100-000 | | 175.00 | 0.00 |
| | | Bass & Associates, P.C. | | | | | |
| | | 3936 E. Ft. Lowell Rd, Suite 200 | | | | | |
| | | Tucson, AZ 85712 | | | | | |

FORM 2    Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          11-26854  -MB                    Trustee Name:              Elizabeth C. Berg, Trustee
Case Name:     CAMPBELL, BENJAMIN N.          Bank Name:                 Congressional Bank
                      CAMPBELL, SANDRA M.            Account Number / CD #:   *******2921  Checking Account
Taxpayer ID No:  *******6747
For Period Ending: 10/20/12                            Blanket Bond (per case limit):   $   100,000.00
                                                                  Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account  *******2921 | | | Balance Forward | | 0.00 | | |
| | 0 | | Deposits | | 0.00 | 13  Checks | 33,250.00 |
| | 0 | | Interest Postings | | 0.00 | 0  Adjustments Out | 0.00 |
| | | | | | | 0  Transfers Out | 0.00 |
| | | | Subtotal | $ | 0.00 | | |
| | | | | | | Total | $   33,250.00 |
| | 0 | | Adjustments In | | 0.00 | | |
| | 1 | | Transfers In | | 33,250.00 | | |
| | | | Total | $ | 33,250.00 | | |

FORM 2                                                                                          Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

| | |
|---|---|
| Case No: | 11-26854  -MB |
| Case Name: | CAMPBELL, BENJAMIN N. |
| | CAMPBELL, SANDRA M. |
| Taxpayer ID No: | *******6747 |
| For Period Ending: | 10/20/12 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5627  Checking Account |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/12 | 10 | Midwest Media Group, Inc. c/o Sudekum, Cassidy & Shulruff 20 N. Clark Street  #1400 Chicago  IL  60602 | Settlement Proceeds - Litigation | 1149-000 | 33,250.00 | | 33,250.00 |
| 02/07/12 | | Transfer to Acct #*******2921 | Bank Funds Transfer A second bank account (x5627)was opened erroneously and funds are being transferred to original account [x2921] opened previously at institution , but not set up in TR database.  Error resulted during first month following transfer of all TR funds to new banking institution with no electronic synchronization.  This was first new account opened by TR at new institution.  Error due to fact that manual procedures for new institution had not been finalized.  Record of Events: 1/3/12 -- ECB receives request for EIN from defendant with whom Estate has settled claim for $33,250.  ECB obtains EIN 45-6666747 from IRS and delivers to defendant in order to receives settlment proceeds.  ECB also forwards EIN to Congressional Bank to open account in anticipation of receipt of settlement funds.  1/3/12 - Original Congressional account # 9010012921 is opened and assigned by Bank. Through oversight and because settlement funds were not yet received, no bank account is opened on TR database. | 9999-000 | | 33,250.00 | 0.00 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*                                         Ver: 16.05c

FORM 2

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:         11-26854  -MB
Case Name:       CAMPBELL, BENJAMIN N.
                 CAMPBELL, SANDRA M.
Taxpayer ID No:  *******6747
For Period Ending: 10/20/12

Trustee Name:          Elizabeth C. Berg, Trustee
Bank Name:             Congressional Bank
Account Number / CD #: *******5627  Checking Account

Blanket Bond (per case limit):  $   100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 2/2/12 - Received settlement proceeds.  Logged same.  TR assistant opens up second account (x5627) because original account (x2921) is not posted in database.  TR assistant sends settlement proceeds to bank and they are deposited in second account on 2/3.<br><br>2/7/12 - TR directs Congressional to close out second account and transfer funds to original account.  TR sets up original account on  database for receipt of funds. | | | | | |

| Account  *******5627 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 33,250.00 | 0 | Checks | 0.00 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 33,250.00 |
| | | Subtotal | $   33,250.00 | | Total | $   33,250.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $   33,250.00 | | | |

FORM 2                                                                                      Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| | |
|---|---|
| Case No: | 11-26854  -MB |
| Case Name: | CAMPBELL, BENJAMIN N. |
| | CAMPBELL, SANDRA M. |
| Taxpayer ID No: | *******6747 |
| For Period Ending: | 10/20/12 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5627  Checking Account |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Report Totals | Balance Forward | 0.00 | | | |
| | 1 | | Deposits | 33,250.00 | 13 | Checks | 33,250.00 |
| | 0 | | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | | 1 | Transfers Out | 33,250.00 |
| | | | Subtotal | $   33,250.00 | | | |
| | | | | | | Total | $   66,500.00 |
| | 0 | | Adjustments In | 0.00 | | | |
| | 1 | | Transfers In | 33,250.00 | | | |
| | | | Total | $   66,500.00 | | Net Total Balance | $   0.00 |